# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MIKHAIL LISKER and**
**LILYA LISKER,**

    Plaintiffs,

    v.                                    Case No. 8:13-cv-36-T-30AEP

**OLEG NIKELSHPUR, et al..,**

    Defendants.

_____

### ORDER APPROVING STIPULATION OF SETTLEMENT AGREEMENT

    The Plaintiffs Mikhail Lisker and Lilya Lisker and the Defendants Oleg Nikelshpur, Larisa Nikelshpur having entered into a Stipulation of Settlement Agreement, on May 1, 2013, filed with the Court on June 28, 2013. (Dkt. #13).

    The Court having reviewed the Stipulation of Settlement Agreement, and good cause appearing, it is

    **ORDERED AND ADJUDGED** that the Stipulation of Settlement Agreement is adopted as an Order of this Court, and the Court retains jurisdiction to enforce the terms thereof for a period of one (1) year.

    It is further **ORDERED AND ADJUDGED** that the case is dismissed as to the Defendant JPMorgan Chase & Co., who was served with process but did not appear in this action.

The Clerk is directed to close this case.

**DONE** and **ORDERED in** Tampa, Florida this 8th day of July, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-36 stipulation 13.docx